UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date | February 6, 2013 |
| Bankruptcy Case | 99 B 20572 | Adversary No. | |

Title of Case: **Tinley Park Ltd. Partnership**

Brief Statement of Motion: Case Status Hearing Re: Chapter 7 Voluntary Petition

Names and Addresses of moving counsel:

Representing:

ORDER

A status hearing on the chapter 7 bankruptcy case of Tinley Park Ltd. Partnership is set for February 13, 2013 at 10:00 a.m. in courtroom 642.

The chapter 7 trustee is required to appear at this hearing.

*/s/ A. Benjamin Goldgar*