# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Tinley Park Ltd Partnership | ) | Bankruptcy Case No. 99bk20572 |
| | ) | |
| | ) | |
| Debtor | ) | |

## NOTICE OF HEARING

To: Chief Civil Division  
   U.S. Attorney's Office  
   219 S. Dearborn Street  
   Chicago, Illinois 60604

Mr. Kenneth S. Gardner, Clerk  
Attention: Financial Administrator  
219 S. Dearborn Street  
Chicago, Illinois 60604

United States Trustee  
219 South Dearborn Street, Suite 873  
Chicago, Illinois 60604

Trustee: Andrew J Maxwell, ESQ  
105 West Adams Street, Ste 3200  
Chicago, IL 60603

Please take notice that on August 8, 2013 at 10:00 A.M. (please select a date at least ten (10) business days from the date of mailing this notice) I shall bring the above motion on for hearing before Judge Bruce Black, Courtroom 719, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

                                                          /s/ David R. Herzog         .  
                                                          David R. Herzog  
                                                          Attorney for Francis P Hoffman

## CERTIFICATION

     I, David R. Herzog, Attorney for Francis P Hoffman, claimant, certify that the statements in the foregoing motion are true and correct.

     I further certify that the motion and notice of hearing were served on the person to whom notice is given via the ECF court system and/or by depositing copies in envelopes address to them with proper postage in the United States mail on July 22, 2013.

                                                          /s/ David R. Herzog         .  
                                                          David R. Herzog  
                                                          Attorney for Francis P Hoffman

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Tinley Park Ltd Partnership | ) | Bankruptcy Case No. 99bk20572 |
| | ) | |
| | ) | |
| Debtor | ) | |

## Motion to Withdraw Money
### Under 28 U.S.C. § 2042

Francis P Hoffman, (the "claimant"), by and through its attorney David R. Herzog of Herzog & Schwartz, PC, moves this Court to order the withdrawal of moneys on deposit for the estate in the name of Francis P Hoffman, creditor, and the payment of these moneys to claimant and in support of this motion states:

1. On 08/28/2012, the trustee of this estate deposited the sum of $7,361.46 belonging to the creditor with the Clerk of Court.

2. *(Please cross out the subparagraph that does not apply)* certify that the

    A. The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited.

    B. ~~The claimant is not the creditor but is entitled to payment of these moneys because~~ *(please state the basis for your claim to the moneys)*

    _____
    _____
    _____

    *(Please attach a copy of any supporting document).*

---

(i) If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement
(v) Attach other documents showing entitlement should none of the foregoing apply.

3. The creditor did not receive the initial dividend check in the above case for the following reason:

> The original dividend check was sent to a Francis P Hoffman at 1777 River Oaks Dr, Calumet City, IL 60409-5003. That address is no longer valid. The change of address may have prevented the receipt of the original dividend check. Mr. Hoffman's connection with the debtor is evidenced by Exhibit A.

4. The creditor's current mailing address and phone number is:

> Francis P Hoffman
> 265 Barefoot Beach Blvd., Unit 602
> Bonita Springs, FL  34134
> 269-463-7577

5. Dilks & Knopik, LLC, whose tax identification number is 74-3049851, is the Attorney-in-fact for Francis P Hoffman, as evidenced by the attached Power of Attorney.

Dated: July 22, 2013                                 /s/  David R. Herzog                .
                                                     David R. Herzog, Attorney at Law
                                                     Herzog & Schwartz, PC
                                                     77 W. Washington St., Ste 1717
                                                     Chicago, IL 60602
                                                     (312) 977-1600

---

(i) If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement
(v) Attach other documents showing entitlement should none of the foregoing apply.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
_____ Division

|  |  |
|---|---|
| RE: Tinley Park Ltd Partnership ) ) ) ) ) Debtor(s)    ) | Case: 99bk20572<br><br>**AUTHORITY TO ACT**<br>**Limited Power of Attorney**<br>**LIMITED TO ONE TRANSACTION** |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Francis Hoffman** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$7,361.46** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____          _____1-15_____, 20_13_
Francis Hoffman                                           Date

Tax ID: XXX-XX- _3882_

### ACKNOWLEDGMENT

STATE OF _Florida_ )          COUNTY OF _Collier_ )

On this _18th_ day of _February_, _2013_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Francis Hoffman known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) (he)/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Deanna M Davidson_
Residing at _259 Barefoot Beach Blvd, Bonita Springs, FL 34134_
My Commission expires _04/03/2015_



DEANNA M. DAVIDSON
MY COMMISSION # EE 065176
EXPIRES: April 3, 2015
Bonded Thru Notary Public Underwriters



OPERATOR LICENSE       EXPIRES
02-07-2014

FRANCIS PAUL HOFFMAN
7577 FOREST BEACH RD
WATERVLIET, MI 49098-8304

Date of birth   Sex   Height   Eyes   Lic Type   Endorsements
    -1936       M     509      BRO    O          CY

Restrictions:  NONE



See back for medical
information, anatomical gift

Y146297

"EXHIBIT A"

TO NOTE DATED  October 10, 1988  , MADE PAYABLE TO THE STEEL CITY NATIONAL BANK OF CHICAGO, IN THE AMOUNT OF  One Hundred Eighty Four Thousand and 00/100 ($184,000.00)
EXECUTED BY  Francis P. Hoffman

All of the Debtor's rights, title and interest as a limited partner in and to the profits, losses and cash receipts and proceeds in TINLEY PARK LIMITED PARTNERSHIP, An Illinois Limited Partnership and APPLETON AVENUE LIMITED PARTNERS, An Illinois Limited Partnership, and all other rights and incidents accruing to Debtor as a limited partner in said limited partnership.

Francis P. Hoffman

Exhibit  A

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

RE:                                                    )  Case: 99bk20572
                                                       )
Tinley Park Ltd Partnership                            )  **AFFIDAVIT OF ADDRESS**
                                                       )
_____                       )
         Debtor(s)                                     )

I, Francis Hoffman, under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I was a creditor in the above mentioned case.

2. The original disbursement check was never represented for payment within 90 days after issuance because: The original check was never received by the creditor due to a change in mailing address.

3. At the time of the above bankruptcy, I had a mailing address of 1777 River Oaks Dr, Calumet City, IL 60409-5003.

4. The following is my current address and phone number:
   Francis Hoffman
   7577 Forest Beach Rd
   Watervliet, MI 49098
   (708) 205-8200

5. It has also been over 6 years since I have used the 1777 River Oaks Dr, Calumet City, IL 60409-5003 address and after a diligent search I have been unable to find anything showing that address.

For this reason it is overly burdensome and may be impossible to provide documentation verifying the specific address of record. I pray that the court will accept this affidavit as proof of address.

Dated  1-15-13     By: _____
                        Francis Hoffman

STATE OF Florida, COUNTY OF Collier
On February 18, 2013 before me, personally appeared (insert name of the signer)
_____Francis Hoffman_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my had and official seal.

(SEAL)
DEANNA M. DAVIDSON
MY COMMISSION # EE 065176
EXPIRES: April 3, 2015
Bonded Thru Notary Public Underwriters

_Deanna M. Davidson_
Notary Public
My commission expires on 04/03/2015

Proof of Address
Page 1 of 1

AO 213
(Rev. 06/12)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
Accounting and Financial Systems Division

Sensitive Information
**VENDOR INFORMATION/TIN CERTIFICATION**

☐ Ex-AO Employee
☐ SAM Vendor
*(Formerly CCR)*
*(No TIN Certification Required)*

| Vendor Address | Other Address *(If different from Vendor Address)* |
|---|---|
| Select all that apply ☑ Order ☐ Remit ☐ 1099 | Select all that apply ☐ Order ☑ Remit ☐ 1099 |
| Name: Francis Hoffman | Address: 35308 SE Center Street |
| Business Name: *(if different from above)* | City: Snoqualmie |
| Address 1: 7577 Forest Beach Rd | State: WA    Zip Code: 98065 |
| Address 2: | Telephone #: (425) 836-5728 |
| City: Watervliet | Description: Care of Address *(If needed)* |
| State: MI    Zip Code: 49098 | |
| Taxpayer Identification #: *(TIN, SS, or EIN number)* 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 | |
| DUNS # | |

**Financial Information** *(If Requested)*

| Bank Name: ~~~ | Routing # *(this nine digit number appears on your checks, but do not include individual check numbers)*: ~~~ |
|---|---|
| City: ~~~ | Account #: ~~~ |
| State: ~~~ Zip Code: ~~~ | Type of Account: *(select one)* ☐ Checking ☐ Savings |

Type of Organization for 1099 reporting:

☐ sole proprietorship;            ☐ partnership;

☐ corporate entity *(not tax-exempt)*;     ☐ corporate entity *(tax-exempt)*;

☐ health care provider;           ☐ other: _____

☐ government entity *(write in either federal, state or local)*

**Taxpayer Identification Number Certification**

Under penalties of perjury, I certify that:

1. The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and

3. I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

AO 213
(Rev. 06/12)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

- ☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;
- ☐ The vendor is an agency or instrumentality of a foreign government;

**Additional information required for vendors used for procurement
(purchase orders, contracts, etc.)**

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

- ☐ Women Owned Business          ☐ Not Applicable
- ☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*:
  - ☐ Asian-Pacific American   ☐ Black American   ☐ Subcontinent Asian (Asian-Indian)American
  - ☐ Hispanic American        ☐ Native American  ☐ Other:

Date: 1-15/13

_____
Vendor's signature

-----

**For Agency Use Only**

The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:  ☐ Addition    ☐ Change    ☐ Vendor Code: _____ *(make entry only if change)*
                        ☐ Active      ☐ Inactive  ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: |
| Telephone Number:                              Email: |

| Identification of person making this request: |
|---|
| Name: |
| Telephone Number:                    Originating Office: |

Please type or print clearly.   For "AO" FAS4T Users only, e-mail the completed form to: AOdb_OFB_Client Service Desk/DCA/AO/USCOURTS. For questions regarding AOFAS4T the Client Service Desk can be contacted at (202) 502-2242.
For "Court" FAS4T Users, send this form to the local Vendor Administrator. For questions regarding Court FAS4T please contact SDSD at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TINLEY PARK LTD. PARTNERSHIP, | ) | Case No. 99 B 20572 |
| | ) | |
| Debtor. | ) | Hon. Bruce W. Black |
| | ) | |

**TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Andrew J. Maxwell, not individually, but solely in his capacity as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Tinley Park Ltd. Partnership ("TPLP" or "Debtor"), by his attorneys, pursuant to 11 U.S.C. Section 347(a) and Federal Rule of Bankruptcy Procedure 3011, provides the following report of Trustee's Deposit of Unclaimed Funds with the Clerk of the Bankruptcy Court:

1. On June 30, 1999, (the "Petition Date" or the "commencement date"), Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. Andrew J. Maxwell was appointed to serve as Trustee, qualified, and has acted as such. Maxwell has investigated the facts and administered this case since the time of his appointment.

2. The deadline for claimants to timely file prepetition claims against the Debtor's estate was fixed as November 10, 1999.

3. On December 16, 2009, the Trustee filed his final report establishing distribution to holders of claims allowed. The Administrative Staff made several attempts to locate each claimant with unclaimed funds. Because certain payees have not been located within 90 days after the check was returned, the check will be deposited with the Court as unclaimed funds pursuant to the Local Rules in this District.

4. All the other distribution checks prepared, to date, have been negotiated and the funds distributed except for those checks listed on the attached exhibit.

5. By reason of the foregoing, Trustee has stopped payment on the checks and will deposit these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to section 347 of the Bankruptcy Code.

                                  Respectfully submitted,
                                  Andrew J. Maxwell, Trustee

                    By:   /s/ Jaclyn H. Smith
                          One of his attorneys

Jaclyn H. Smith (ARDC #6284016)
Vikram R. Barad (ARDC #6277076)
Maxwell Law Group LLC
105 W. Adams, Suite 3200
Chicago, Illinois 60603
312/368-1138

**UNCLAIMED FUNDS LIST**

| | | |
|---|---|---|
| Estate of Mary M. Holloway | $ | 4,000.79 |
| Patrick Lynch | $ | 4,000.79 |
| Thomas Eagleson | $ | 1,600.32 |
| Erma I. Facchini | $ | 4,000.79 |
| Robert J. & Elizabeth K. Hannan | $ | 4,000.80 |
| Virginia D. Heim Trustee to CW Heim c/o Kenneth Plante Matthew Hunniford Calumet Management Corp | $ | 3,200.64 |
| Francis P. Hoffman | $ | 7,361.46 |
| Deborah L. Phlaum | $ | 1,600.32 |
| HPR LTD-Ronald E. Peterson | $ | 8,001.59 |
| Total | $ | 37,767.50 |